UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID M. JONKER,<br><br>           Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>           Respondent. | NO: CV-12-5140-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION |

Magistrate Judge Imbrogno filed a Report and Recommendation on February 14, 2013, recommending Mr. Jonker's action be dismissed without prejudice as he had failed to comply with the filing fee requirements of Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts. There

/ / /

/ / /

/ / /

/ / /

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION -- 1

1   being no objections, the court **ADOPTS** the Report and Recommendation.  The

2   Petition is **DISMISSED WITHOUT PREJUDICE.**

3         **IT IS SO ORDERED**.  The District Court Executive is directed to enter this

4   Order, enter judgment of dismissal, forward copies to Petitioner and close the file.

5         **DATED** this 15th day of March, 2013.

6

7                                 *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                  Chief United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION -- 2